UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BENJAMIN SPITZER, individually and on
behalf of all others similarly situated,
          Plaintiff,

v.

FIRST FINANCIAL ASSET
MANAGEMENT, INC.,
          Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

22 CV 6739 (VB)

The Court has been advised that the parties have settled this case. (Doc. #12). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application is made by no later than December 12, 2022. To be clear, any application to restore the action must be filed by December 12, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances, including the initial conference originally scheduled for tomorrow, are cancelled. Any pending motions are moot.

Dated: October 13, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge